# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of Wade A. Robertson,<br>    Member of the Bar of the United States District Court for the District of Columbia | Attorney Grievance,<br>**Docket No. 17-07**<br><br>RESPONDENT'S WADE A. ROBERTSON'S NOTICE OF APPEAL |

**RECEIVED**
DEC 2 1 2018
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## NOTICE OF APPEAL FROM A FINAL ORDER OR JUDGMENT

NOTICE is hereby given that WADE A. ROBERTSON, the Respondent Attorney in the above entitled case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final ORDER (or judgment) of the district court in the above-captioned case as entered on any of the following dates: November 28, 2018; or November 27, 2018; or November 26, 2018; or November 23, 2018; or November 22, 2018; or November 21, 2018; or November 20, 2018; or November 19, 2018; or November 16, 2018-- and also from all interlocutory orders that gave rise to (or merged into) that same final Order or Judgment.

Respectfully submitted,
December 20, 2018

Wade A. Robertson
P.O. Box 20185; Stanford, CA. 94309
Phone:	(866) 845-6003; Email: lawfirm@onebox.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing with all attachments has been electronically served—pursuant agreement of the respective parties-- via email to the address below, on the date of execution indicated below, upon:

>Dwight Murray, Chairperson
>(dmurray@steinmitchell.com)
>Committee on Grievances.
>United States District Court.
>333 Constitution Avenue, N.W.
>Washington, D.C. 20001

And also filed and served upon the Court and the Court's Committee on Grievances **via email** to the address below, **and via Federal Express overnight mail** to the address below, on the date of execution indicated below, upon:

>COMMITTEE ON GRIEVANCES.
>Attn. Lisa Klem, Clerk of Committee.
>(Lisa_Klem@dcd.uscourts.gov)
>United States District Court.
>333 Constitution Avenue, N.W.
>Washington, D.C. 20001

December 20, 2018.

_____
Wade A. Robertson