## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of Wade A. Robertson,<br>    Member of the Bar of the<br>    United States District Court<br>    for the District of Columbia | Attorney Grievance,<br>**Docket No. 17-07**<br><br>**RESPONDENT'S WADE A. ROBERTSON'S** *AMENDED* **NOTICE OF APPEAL** |

RECEIVED JAN 2 2 2019 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

### AMENDED NOTICE OF APPEAL FROM A FINAL ORDER OR JUDGMENT

NOTICE is hereby given that WADE A. ROBERTSON, the Respondent Attorney in the above entitled case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final ORDER (or judgment) of the district court in the above-captioned case as entered on **November 27, 2018**, and also from all interlocutory orders that gave rise to (or merged into) that same final Order or Judgment. A true copy of that November 27, 2018 order which is hereby as appealed is attached hereto.

Respectfully submitted,
January 16, 2019

                                              Wade A. Robertson
                                              P.O. Box 20185;
                                              Stanford, CA. 94309
                                              Phone: (866) 845-6003;
                                              Email: lawfirm@onebox.com

**Attachment:** November 27, 2018 *"Final Order of Reciprocal Discipline and Denial of Stay"*

----- THIS PAGE INTENTIONALLY BLANK -----
(ATTACHMENT IMMEDIATELY FOLLOWS)

**FILED**
**NOV 2 7 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of Wade A. Robertson, ) | Attorney Grievance |
| Member of the Bar of the ) | Docket No. 17-07 |
| United States District Court ) | |
| for the District of Columbia ) | |

## FINAL ORDER OF RECIPROCAL DISCIPLINE AND DENIAL OF STAY

This matter came before the Court upon the presentation of a certified copy of the Supreme Court of California's March 10, 2017 *en banc* order in *In Re Wade Anthony Robertson on Discipline*, State Bar Court No. 09-0-19259. Pursuant to the terms of that order, Respondent, Wade A. Robertson, was disbarred from the practice of law in California and his name was stricken from the roll of attorneys. Subsequently, by order dated October 26, 2018, Respondent was reciprocally disbarred by the District of Columbia Court of Appeals.

Following the notice of Mr. Robertson's disbarment in California, on May 30, 2018, this Court issued a Temporary Suspension and Show Cause Order (TSSC), providing Respondent with an opportunity to show cause within 30 days as to why the imposition of identical discipline, namely, disbarment, should not be imposed here. Mr. Robertson requested and received an extension of time in which to respond.

Mr. Robertson filed a voluminous Answer and supporting exhibits in response to the TSSC. The Committee on Grievances subsequently filed a memorandum in support of disbarment with supporting exhibits. Mr. Robertson also filed a motion to stay these proceedings pending a decision by the U.S. Court of Appeals for the Ninth Circuit. The Committee on Grievances opposed that motion, and Mr. Robertson submitted a reply to the Committee's opposition.

This Court has carefully considered all of the arguments and submissions of the parties. Accordingly, it is hereby

**ORDERED** that, pursuant to LCvR 83.16(c)(7), absent good cause having been shown, respondent's motion to stay these proceedings is **DENIED**; and it is

**FURTHER ORDERED** that, pursuant to LCvR 83.16(c)(4), it appearing to this Court that none of the factors listed in LCvR 83.16(c)(4)(i-v) apply, the Temporary Suspension and Show Cause Order is vacated; and it is

**FURTHER ORDERED** that, pursuant to LCvR 83.16, Respondent is reciprocally disbarred from the Bar of this Court, with reinstatement dependent upon satisfaction of the requirements listed in LCvR 83.18, including proof that Respondent has been reinstated in the Bar of California; and it is;

**FURTHER ORDERED** that the Clerk shall cause a copy of this order to be served upon Respondent in accordance with LCvR 83.16(a), thereby giving Respondent notice of the provisions of LCvR 83.16 and 83.18.

So Ordered this 26th day of November, 2018.

_____
Judge Colleen Kollar-Kotelly

_____
Judge James E. Boasberg

_____
Judge Amy Berman Jackson

----- **THIS PAGE INTENTIONALLY BLANK** -----
**(PROOF OF SERVICE FOLLOWS)**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing with all attachments has been served **BY U.S. POSTAL MAIL AND/OR FEDEX OVERNIGHT EXPRESS-SAVER MAIL**, on the date of execution of this certificate as indicated below, upon:

*[By FedEx mail:]*
**COMMITTEE ON GRIEVANCES** for the United States
 District Court for the District of Columbia
**Attn. Lisa Klem, Clerk of Committee.**
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(Lisa_Klem@dcd.uscourts.gov)

-------  --------  --------  --------  --------  ---------  -------

*[By U.S. Postal Mail]*
**Manuel Retureta, Chairperson Committee on Grievances**
 for the United States District Court for the District of Columbia
Retureta & Wassem, P.L.L.C.
300 New Jersey Avenue, NW, Suite 900
Washington, D.C. 20001
(mjr@returetawassem.com)

-------  --------  --------  --------  --------  ---------  -------

*[By U.S. Postal Mail]*
**Dwight Murray, Immediate Past Chairperson (party-in-interest)**
 for the United States District Court for the District of Columbia
Stein Mitchell Cipollone Beato & Missner, LLP
901 15th Street, NW, Suite 700
Washington, D.C. 20005

January 17, 2019.



Wade A. Robertson

---

Certificate of Service