APPEAL

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:19−mc−00136−UNA</u>

In Re: WADE ROBERTSON                 Date Filed: 08/06/2019
Assigned to: Unassigned               Jury Demand: None
Cause: Civil Miscellaneous Case       Nature of Suit: 890 Other Statutory
                                      Actions
                                      Jurisdiction: Federal Question

**<u>In Re</u>**

**WADE ROBERTSON**

**<u>Petitioner</u>**

**WADE ROBERTSON**          represented by   **WADE ROBERTSON**
                                            P.O. Box 20185
                                            Stanford, CA 94309
                                            PRO SE

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/21/2018 | <u>1</u> | 2 | NOTICE OF APPEAL by WADE ROBERTSON. Fee Status: No Fee Paid. Parties have been notified. (zrdj) (Entered: 08/06/2019) |
| 01/22/2019 | <u>2</u> | 4 | Amended NOTICE OF APPEAL by WADE ROBERTSON. (zrdj) (Entered: 08/06/2019) |
| 01/22/2019 | <u>3</u> | | MOTION for Leave to Appeal in forma pauperis by WADE ROBERTSON (zrdj) (Entered: 08/06/2019) |

1

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of Wade A. Robertson,<br>    Member of the Bar of the<br>    United States District Court<br>    for the District of Columbia | Attorney Grievance,<br>**Docket No. 17-07**<br><br>**RESPONDENT'S WADE A.<br>ROBERTSON'S NOTICE OF<br>APPEAL** |

**RECEIVED**

**DEC 2 1 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## <u>NOTICE OF APPEAL FROM A FINAL ORDER OR JUDGMENT</u>

NOTICE is hereby given that WADE A. ROBERTSON, the Respondent

Attorney in the above entitled case, hereby appeals to the United States Court of

Appeals for the District of Columbia Circuit from the final ORDER (or judgment)

of the district court in the above-captioned case as entered on any of the following

dates: November 28, 2018; or November 27, 2018; or November 26, 2018; or

November 23, 2018; or November 22, 2018; or November 21, 2018; or November

20, 2018; or November 19, 2018; or November 16, 2018--  and also from all

interlocutory orders that gave rise to (or merged into) that same final Order or

Judgment.

Respectfully submitted,
December 20, 2018

Wade A. Robertson
P.O. Box  20185; Stanford, CA. 94309
Phone:       (866) 845-6003; Email:
lawfirm@onebox.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing with all attachments

has been electronically served—pursuant agreement of the respective parties-- via

email to the address below, on the date of execution indicated below, upon:

> Dwight Murray, Chairperson
>
> (dmurray@steinmitchell.com)
>
> Committee on Grievances.
> United States District Court.
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

And also filed and served upon the Court and the Court's Committee on Grievances

**via email** to the address below, **and via Federal Express overnight mail** to the

address below, on the date of execution indicated below, upon:

> COMMITTEE ON GRIEVANCES.
> Attn. Lisa Klem, Clerk of Committee.
>
> (Lisa_Klem@dcd.uscourts.gov)
>
> United States District Court.
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

December 20, 2018.

Wade A. Robertson

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

In the Matter of Wade A.
Robertson,
      Member of the Bar of the
      United States District Court
      for the District of Columbia

----------------------------------------

Attorney Grievance,
**Docket No. 17-07**

**RESPONDENT'S WADE A.
ROBERTSON'S *AMENDED* NOTICE
OF APPEAL**

--------------------------------------------------------

RECEIVED

JAN 2 2 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## AMENDED NOTICE OF APPEAL FROM A FINAL ORDER OR JUDGMENT

NOTICE is hereby given that WADE A. ROBERTSON, the Respondent

Attorney in the above entitled case, hereby appeals to the United States Court of

Appeals for the District of Columbia Circuit from the final ORDER (or judgment) of

the district court in the above-captioned case as entered on **November 27, 2018**, and

also from all interlocutory orders that gave rise to (or merged into) that same final

Order or Judgment.  A true copy of that November 27, 2018 order which is hereby as

appealed is attached hereto.


Respectfully submitted,
January 16, 2019

          Wade A. Robertson
          P.O. Box  20185;
          Stanford, CA. 94309
          Phone: (866) 845-6003;
          Email: lawfirm@onebox.com


**Attachment:**  November 27, 2018 *"Final Order of Reciprocal Discipline and Denial of Stay"*

----- **THIS PAGE INTENTIONALLY BLANK** -----
**(ATTACHMENT IMMEDIATELY FOLLOWS)**

FILED

NOV 2 7 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of Wade A. Robertson,  )        Attorney Grievance
Member of the Bar of the             )        Docket No. 17-07
United States District Court         )
for the District of Columbia         )

## FINAL ORDER OF RECIPROCAL DISCIPLINE AND DENIAL OF STAY

This matter came before the Court upon the presentation of a certified copy of the Supreme Court of California's March 10, 2017 *en banc* order in *In Re Wade Anthony Robertson on Discipline*, State Bar Court No. 09-0-19259. Pursuant to the terms of that order, Respondent, Wade A. Robertson, was disbarred from the practice of law in California and his name was stricken from the roll of attorneys. Subsequently, by order dated October 26, 2018, Respondent was reciprocally disbarred by the District of Columbia Court of Appeals.

Following the notice of Mr. Robertson's disbarment in California, on May 30, 2018, this Court issued a Temporary Suspension and Show Cause Order (TSSC), providing Respondent with an opportunity to show cause within 30 days as to why the imposition of identical discipline, namely, disbarment, should not be imposed here. Mr. Robertson requested and received an extension of time in which to respond.

Mr. Robertson filed a voluminous Answer and supporting exhibits in response to the TSSC. The Committee on Grievances subsequently filed a memorandum in support of disbarment with supporting exhibits. Mr. Robertson also filed a motion to stay these proceedings pending a decision by the U.S. Court of Appeals for the Ninth Circuit. The Committee on Grievances opposed that motion, and Mr. Robertson submitted a reply to the Committee's opposition.

- 1 -

18G-31

6

This Court has carefully considered all of the arguments and submissions of the parties. Accordingly, it is hereby

**ORDERED** that, pursuant to LCvR 83.16(c)(7), absent good cause having been shown, respondent's motion to stay these proceedings is **DENIED**; and it is

**FURTHER ORDERED** that, pursuant to LCvR 83.16(c)(4), it appearing to this Court that none of the factors listed in LCvR 83.16(c)(4)(i-v) apply, the Temporary Suspension and Show Cause Order is vacated; and it is

**FURTHER ORDERED** that, pursuant to LCvR 83.16, Respondent is reciprocally disbarred from the Bar of this Court, with reinstatement dependent upon satisfaction of the requirements listed in LCvR 83.18, including proof that Respondent has been reinstated in the Bar of California; and it is;

**FURTHER ORDERED** that the Clerk shall cause a copy of this order to be served upon Respondent in accordance with LCvR 83.16(a), thereby giving Respondent notice of the provisions of LCvR 83.16 and 83.18.

So Ordered this 26th day of November, 2018.

Judge Colleen Kollar-Kotelly

Judge James E. Boasberg

Judge Amy Berman Jackson

- 2 -

----- **THIS PAGE INTENTIONALLY BLANK** -----
**(PROOF OF SERVICE FOLLOWS)**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing with all attachments

has been served **BY U.S. POSTAL MAIL AND/OR FEDEX OVERNIGHT**

**EXPRESS-SAVER MAIL**, on the date of execution of this certificate as indicated

below, upon:

*[By FedEx mail:]*

    **COMMITTEE ON GRIEVANCES** for the United States
     District Court for the District of Columbia
    **Attn. Lisa Klem, Clerk of Committee.**
    333 Constitution Avenue, N.W.
    Washington, D.C. 20001
    (Lisa_Klem@dcd.uscourts.gov)

-------  ---------  --------  --------  --------  ---------  -------

*[By U.S. Postal Mail]*

    **Manuel Retureta, Chairperson Committee on Grievances**
     for the United States District Court for the District of Columbia
    Retureta & Wassem, P.L.L.C.
    300 New Jersey Avenue, NW, Suite 900
    Washington, D.C. 20001
    (mjr@returetawassem.com)

-------  ---------  --------  --------  --------  ---------  -------

*[By U.S. Postal Mail]*

    **Dwight Murray, Immediate Past Chairperson (party-in-interest)**
     for the United States District Court for the District of Columbia
    Stein Mitchell Cipollone Beato & Missner, LLP
    901 15th Street, NW, Suite 700
    Washington, D.C. 20005

January 17, 2019.

                                           Wade A. Robertson