APPEAL

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:19−mc−00136−UNA

| | |
|---|---|
| IN RE: WADE ROBERTSON | Date Filed: 08/06/2019 |
| Assigned to: Unassigned | Jury Demand: None |
| Case in other court:  USCA, 19−05215 | Nature of Suit: 890 Other Statutory Actions |
| Cause: Civil Miscellaneous Case | Jurisdiction: Federal Question |

**In Re**

**WADE ROBERTSON**

**Petitioner**

| | | |
|---|---|---|
| **WADE ROBERTSON** | represented by | **WADE ROBERTSON** <br> P.O. Box 20185 <br> Stanford, CA 94309 <br> PRO SE |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/21/2018 | 1 | | NOTICE OF APPEAL by WADE ROBERTSON. Fee Status: No Fee Paid. Parties have been notified. (zrdj) (Entered: 08/06/2019) |
| 01/22/2019 | 2 | | Amended NOTICE OF APPEAL by WADE ROBERTSON. (zrdj) (Entered: 08/06/2019) |
| 01/22/2019 | 3 | | MOTION for Leave to Appeal in forma pauperis by WADE ROBERTSON (zrdj) (Entered: 08/06/2019) |
| 08/08/2019 | 4 | | Transmission of the Notice of Appeal, and Docket Sheet to US Court of Appeals. Motion to proceed on appeal in forma pauperis has been filed. Another transmission will be forwarded when the motion has been decided re 1 Notice of Appeal, 2 Amended Notice of Appeal. (zrdj) (Entered: 08/08/2019) |
| 08/12/2019 | | | USCA Case Number 19−5215 for 1 Notice of Appeal filed by WADE ROBERTSON. (zrdj) (Entered: 08/12/2019) |
| 08/12/2019 | 5 | | FIAT ORDER granting 3 Motion for Leave to Appeal in forma pauperis "Leave to file IFP GRANTED". Signed by Judge Rudolph Contreras on 8/12/2019. (zrdj) (Entered: 08/13/2019) |
| 08/12/2019 | 6 | | Supplemental Record on Appeal transmitted to US Court of Appeals re 1 Notice of Appeal, 3 MOTION for Leave to Appeal in forma pauperis, 5 Order on Motion for Leave to Appeal in forma pauperis ;USCA Case Number 19−5215. (zrdj) (Entered: 08/13/2019) |
| 08/12/2019 | 7 | | ORDER of USCA as to 1 Notice of Appeal filed by WADE ROBERTSON ; USCA Case Number 19−mc−00136. (zrdj) (Entered: 08/23/2019) |
| 02/13/2020 | 8 | | |

| | | | Attorney Grievance Docket for No. 17–07 (record before Disciplinary Panel). (rj) (Entered: 02/13/2020) |
|---|---|---|---|

U.S. District Court
For the District of Columbia

ATTORNEY GRIEVANCE DOCKET FOR NO. 17-07
Record before Disciplinary Panel

19-mc-136

*FILED FEB 13 2020 Clerk, U.S. District & Bankruptcy Court for the District of Columbia*

| DATE | NUMBER | DESCRIPTION |
|---|---|---|
| 05/17/2018 | 1 | CLERK TRANSMITTAL MEMORANDUM, enclosing:<br><br>• Order (En Banc), In re WADE ANTHONY ROBERTSON on Discipline, Supreme Court of California, State Bar Court No. 09-O-19259, filed March 1, 2017<br><br>• Order, In re WADE ANTHONY ROBERTSON on Discipline, Supreme Court of California, State Bar Court No. 09-O-19259, filed May 10, 2017<br><br>• Order, In re WADE ANTHONY ROBERTSON a Member of the State Bar, Supreme Court of California, State Bar Court No. 09-O-19259, filed May 18, 2016<br><br>• Order, In re WADE ANTHONY ROBERTSON on Discipline, Supreme Court of California, State Bar Court No. 09-O-19259, filed April 3, 2017<br><br>• Order, In re WADE ANTHONY ROBERTSON on Discipline, Supreme Court of California, State Bar Court No. 09-O-19259, filed March 21, 2017<br><br>• Order, IN RE: WADE A. ROBERTSON, No. 13-BG-1238, District of Columbia Court of Appeals, filed October 26, 2017<br><br>• District Court Bar Membership record for Wade Anthony Robertson, May 18, 2018<br><br>• Committee on Grievances' Proposed Temporary Suspension and Show Cause Order |
| 05/30/2018 | 2 | TEMPORARY SUSPENSION AND SHOW CAUSE ORDER by Disciplinary Panel [TSSC Order] |

U.S. District Court
For the District of Columbia

ATTORNEY GRIEVANCE DOCKET FOR NO. 17-07
Record before Disciplinary Panel

| DATE | NUMBER | DESCRIPTION |
|---|---|---|
| 07/03/2018 | 3 | CLERK TRANSMITTAL MEMORANDUM, enclosing:<br>• Respondent Wade Robertson's Motion for Extension of Time to Reply to Show Cause Order<br>• Respondent's Proposed Order<br>• TSSC Order<br>• Certified Mail receipt<br>• Committee on Grievances' Proposed Order |
| 07/06/2018 | 4 | ORDER by Disciplinary Panel granting Respondent's motion and extending time to answer and show cause until August 27, 2018 |
| 08/21/2018 | 5 | CLERK TRANSMITTAL EMAIL, enclosing:<br>• Respondent's Consent Motion for Extension of Time (with Exhibits)<br>• Respondent's Proposed Order |
| 08/22/2018 | 6 | ORDER by Disciplinary Panel granting Respondent's motion and extending time to answer and show cause until September 10, 2018 |
| 09/10/2018 | 7 | CLERK TRANSMITTAL EMAIL, enclosing:<br>• Respondent's Provisional Motion for an Extension of Time of One Day |
| 9/10/2018 | 8 | CLERK EMAIL CONFIRMATION of Disciplinary Panel's ORDER granting provisional motion for one-day extension |
| 10/12/2018 | 9 | CLERK TRANSMITTAL EMAIL, enclosing:<br>• Committee on Grievances' Points and Authorities in Support of Committee's Motion for An Extension of Time to File Reply<br>• Committee on Grievances Motion for Extension to Reply to Respondent's Answer<br>• Committee on Grievances' Proposed Order |
| 10/25/2018 | 10 | ORDER by Disciplinary Panel granting Committee on Grievances' motion for extension of time until October 30, 2018 |

U.S. District Court
For the District of Columbia

ATTORNEY GRIEVANCE DOCKET FOR NO. 17-07
Record before Disciplinary Panel

| 11/01/2018 | 11 | CLERK TRANSMITTAL MEMORANDUM, enclosing<br>• [Binder 1] TABLE OF CONTENTS and:<br>  A. TSSC Order<br>  B. Order (En Banc), In re WADE ANTHONY ROBERTSON on Discipline, Supreme Court of California, State Bar Court No. 09-O-19259, filed March 1, 2017<br>  C. Respondent's Answer (two parts)<br>  D. Electronic record of the California proceedings<br>  E. Respondent's Notice of Supplemental Lodging of A Corrected Copy of the Entire Administrative Record of the California State Bar Proceedings Upon Which This Court Must Determine Whether or Not Reciprocal Attorney Discipline is Warranted; Declaration of Wade Robertson<br>  F. Email Correspondence between Respondent and Dwight Murray, Committee on Grievances Chair (with attachments)<br>  G. Respondent's Motion to Stay Proceedings Pending a Decision By the Ninth Circuit Court of Appeals in CTA Case No. 18-16304; and Also to Permit the Instant Stay Request; Declaration of Wade Robertson; Exhibits<br>  H. Respondent's Notice to the Court of His Objections to the Committee's Preliminary Contentions Regarding the Subject Matter Jurisdiction of the State Bar of California<br>  I. Respondent's Notice to the Court of a Material Typographical Error by the California Bar in One of the Principle (sic) Documents Where They Explain Their Decisions for Attorney Discipline<br>  J. Respondent's Response to the Notice of Disciplinary Charges, Without Waiver for Lack of Jurisdiction, filed January 28, 2013 in *In re: Wade A. Robertson*, Case No. 09-O-19259-LMA, State Bar Court of the State |
|---|---|---|

U.S. District Court
For the District of Columbia

ATTORNEY GRIEVANCE DOCKET FOR NO. 17-07
Record before Disciplinary Panel

| DATE | NUMBER | DESCRIPTION |
|---|---|---|
|  |  | Bar of California, Hearing Department – San Francisco |
|  |  | K. Corrected Brief For Appellant, *Wade Robertson v. William C. Cartinhour, Jr.*, Case Nos. 11-7026, 11-7076, filed in the United States Court of Appeals for the District of Columbia Circuit |
|  |  | L. Committee on Grievances Memorandum of Points and Authorities Supporting the Implementation of Reciprocal Discipline of Disbarrment (sic) in Accordance with the Rules of This Court, along with disc containing electronic versions of referenced exhibits |
|  |  | M. Committee on Grievances' Proposed Final Order of Reciprocal Discipline |
| 11/05/2018 | 12 | CLERK TRANSMITTAL EMAIL, enclosing:<br>• Committee on Grievances' Opposition to Respondent's Motion to Stay Proceedings,<br>• Committee on Grievances' Proposed Orders |
| 11/6/2018 | 13 | ORDER by Disciplinary Panel directing Respondent's Reply, if any, to be filed on or before November 13, 2018 |
| 11/15/2018 | 14 | CLERK TRANSMITTAL EMAIL, enclosing:<br>• [Binder 2] Respondent's Reply Brief on His Motion to Stay Proceedings<br>• [Binder 2] Exhibits 1-13<br>• [Binder 2] Proof of Service |
| 11/26/2018 | 15 | FINAL ORDER OF RECIPROCAL DISCIPLINE AND DENIAL OF STAY by Disciplinary Panel |